IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| John Harry Allen, | ) | No. CV 04-02795 PHX NVW (JCG) |
| Petitioner, | ) ) ) | **ORDER** |
| v. | ) ) | |
| Meg Savage, et al., | ) ) ) | |
| Respondents. | ) ) | |

     Pending before the court is the Report and Recommendation ("R&R") of Magistrate Judge Jennifer C. Guerin (doc. #12) regarding petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (doc. # 1). The R&R recommends that the court dismiss the Petition. The magistrate judge advised the parties that they had ten days to file objections to the R&R. (R&R at 5 (citing 28 U.S.C. § 636(B)).

     The parties did not file objections, which relieves the court of its obligation to review any of the magistrate judge's determinations in the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."). The court has nonetheless reviewed the R&R and finds that it is well taken. The court will accept the R&R and dismiss the Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the

1  magistrate").

2  **IT IS THEREFORE ORDERED** that Report and Recommendation of Magistrate
3  Judge Guerin (doc. # 12) is accepted.

4  **IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus filed
5  pursuant to 28 U.S.C. § 2254 (doc. # 1) is dismissed, and the clerk is directed to terminate
6  this case.

7  DATED this 4th day of December 2006.

_____
Neil V. Wake
United States District Judge